## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | CR419-032 |
| BARSHEEN LANG, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Barsheen Lang was convicted of a single count of possession of a firearm by a prohibited person as an armed career criminal. *See* doc. 38 at 1.  He did not appeal the judgment, but filed two documents entitled, "Petitioning Affidavit of Truth to Vacate a Void Judgement [sic] Due to Ineffective Assistance of Counsel of Record."  Doc. 39 at 1; doc. 41 at 1. The Government filed a response to the first pleading.  Doc. 40.  The Court entered an order, pursuant to *Castro v. United States*, 540 U.S. 3756 (2003), informing Lang that he needed to clarify the pleadings or the Court would reconstrue them as 28 U.S.C. § 2255 motions.  *See* doc. 42.  The Court offered him the alternatives of (1) having his motions reconstrued and ruled upon, as filed; (2) amending the motions to include any other

alleged grounds for habeas relief; or (3) withdrawing them entirely. *Id.* at 2. He did not respond to that Order.

Since Lang has not responded, the Court will reconstrue his pleadings as motions pursuant to 28 U.S.C. § 2255. The Clerk is **DIRECTED** to note the reconstruction on the docket and to process the original pleadings, docs. 39 & 41, the Government's response, doc. 40, the Court's *Castro* order, doc. 42, and this Order according to his standard procedures for motions pursuant to § 2255.

Ordinarily, a § 2255 motion would be subject to preliminary review, pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings. However, since the Government has already filed a response, doc. 42, the Court might simply proceed to consider it. The status of the Government's response is complicated, somewhat, by the fact that Lang has not responded to it. Given the pervasive ambiguity of the proceedings thus far, the Court will attempt to clarify the situation as follows:

(1)     Now that Lang's pleadings have been definitively reconstrued as § 2255 motions, the Government must clarify its response. Within ninety days of the date of this Order, *see* 28 U.S.C. § 2255 Rule 4(b), the Government must file a response to the §

2255. *See* 28 U.S.C. § 2255 Rule 5. If the Government wishes to rest on the response previously filed, it should file a notice of its intent;

(2)    Within one hundred and twenty days of the date of this Order, Lang must file his reply to the Government's answer. *See* 28 U.S.C. § 2255 Rule 5(d).

**SO ORDERED**, this 2nd day of February, 2021.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA